UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

IN RE:  Kenneth Ray Owers                                          Case No.: 10-

## CHAPTER 13 PLAN

I. Debtor proposes to pay by payroll deduction into the Chapter 13 Plan monthly payments of $545 for sixty (60) months.

II. Claims to be paid directly by debtor.  **NONE**

III. Claims to be paid by Trustee.

**A. ATTORNEY AND ADMINISTRATIVE FEES.** McBride and Collier shall receive attorney and administrative fees of $3,144, which includes attorney fees of $2,800, court costs fee of $274, credit counseling fee of $40, credit report fee of $50. The Trustee shall receive fees of approximately 10% of plan payments.

**B. SECURED CLAIMS.** Secured claims listed below will be paid as indicated below and prior to claims of lower priority indicated below.

1. **Personal Property:**

   The Vernon Bank: collateral - 2006 Dodge Ram (98,000 miles); estimated secured claim of $10,933 to be paid with interest at 6%.

   The Vernon Bank: collateral - 2001 Ford Van; to be surrendered in satisfaction of debt.

**C. PRIORITY OR SPECIAL CLASS CLAIMS.** After secured claims, the priority claims listed below will be paid prior to all claims of lower priority indicated below:

| | |
|---|---|
| Internal Revenue Service | $13,300.00 |
| LA Dept. Of Revenue | $ 2,361.00 |

**D. GENERAL UNSECURED CLAIMS.** Unless listed above, all other claims listed on Schedule F as unsecured or as undersecured on Schedule D will be treated as General Unsecured Claims and will receive a minimum of 0% of the claims.

| | |
|---|---|
| The Vernon Bank (Undersecured) | $4,361.00 |

IV. **TAX PLEDGE.** In the event that: (1) the plan does not pay 75% to unsecured creditors or (2) there are tax debts, or (3) the debtor(s) income is below the median income, the debtor(s) will dedicate his/her/their tax refunds **EXCEPT EARNED INCOME CREDIT** to the Trustee for the 2010, 2011 and 2012 tax years.

Respectfully submitted this 1st day of November, 2010.

**MCBRIDE & COLLIER**

/s/ Thomas C. McBride
THOMAS C. MCBRIDE, # 9210
VIRGINIA W. BROWN, # 2194
301 Jackson Street, Suite 101
Alexandria, LA  71301
Phone: (318) 445-8800