# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA/MONROE DIVISION

**DEBTOR(S):** KENNETH RAY OWENS

**CASE NO.** 10-81715

FILED JAN 13

Appearances: Trustee **Jon C. Thornburg** Counsel for Trustee **Katrina E. Keys** Debtor(s)' Counsel THOMAS C. MCBRIDE

Debtor _No_ Co-Debtor _____ Other: _None_

For reasons orally assigned at hearing on: Confirmation/_____;

(✓) **IT IS ORDERED** that the debtor(s) are granted _15_ days from this date to:
  ✓ File and Notice an amended "4 corners" plan and ~~pay pursuant to the amended plan,~~ _provide Trustee with the DSO information_ by _____,
  ___ Convert case to a case under Chapter 7,
  ___ File a Motion for Hardship Discharge,
  ___ Pay Chapter 13 plan current,
  ___ Provide Proof of Insurance to _____ by _____,
  ___ Provide past due Income Tax Returns with _____ and provide copies of the same to _____ by _____,
  ___ Comply with 11 U.S.C. §521(a)(1)(B)(iv),
  ___ Comply with 11 U.S.C. §521(e)(2)(A)(i),
Or the Case May Be Dismissed without a Further Hearing on Trustee's *Ex Parte* Motion.

(✓) **IT IS ORDERED** that:
  ___ Dismissal for failure to comply with this Order will include a finding under §109(g) which prohibits the Debtor(s) from filing any type of bankruptcy case for six months.
  ___ If payments are made as directed, the plan may be confirmed without a further hearing.
  ✓ Any amended plan noticed in accordance with this Order shall be noticed:
      ___ on an "if and only if" basis, whereby if there are no objections, the plan may be confirmed without a further hearing.
      ✓ for an actual hearing, at which the debtor(s)' presence will be excused solely at the discretion of The Court and the Trustee
  ___ If Debtor(s) fail to make any future payments to _____, and go beyond ___ days of the date they are due, _____ may submit an affidavit of default with an ex parte Motion to (__) dismiss the case/(__) lift the stay/(__) convert the case to one under Chapter 7.

(__) **IT IS ORDERED** that the above-captioned case is hereby:
  ___ Converted to one under Chapter 7.
  ___ Dismissed ___ without ___ with a finding under §109(g) for failure to prosecute/pay as required in this case.
  ___ If this case is Converted or Dismissed pursuant to this Order, the Standing Chapter 13 Trustee is authorized to pay administrative expenses, including the compensation requested by Counsel to Debtor(s) from any funds on hand.
  ___ The Standing Chapter 13 Trustee, having announced the re-fixing of a §341 Meeting in this case for _____ at _____ M., Debtor(s) is/are ORDERED to attend or this case will be dismissed with a finding under §109(g).

(__) **IT IS ORDERED** that the Motion/Objection _____ filed by _____ is hereby:

  ___ Granted as Prayed for         ___ Withdrawn         ___ Dismissed with(out) Prejudice
  ___ Denied (for Lack of Prosecution)   ✓ Sustained       ___ Overruled

Date: **JANUARY 13, 2011**

_____
HENLEY A. HUNTER, UNITED STATES BANKRUPTCY JUDGE